*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, HOUTZ, and BAKER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Bryan VINASCO**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202000200**

Decided: 30 March 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
K. Scott Woodard (arraignment)
Kyle G. Phillips (trial)

Sentence adjudged 16 April 2020 by a general court-martial convened at Marine Corps Air Station New River, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 18 months, forfeiture of all pay and allowances, and a bad-conduct discharge.

For Appellant:
*Captain Jeremiah J. Sullivan, III, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court